# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00311-MR

| | |
|---|---|
| **CHRISTOPHER LEE MICHELSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **QUINTIN MILLER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* incarcerated Plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983 based on incidents that allegedly occurred at the Buncombe County Detention Facility. [Doc. 1]. The Second Amended Complaint survived initial review as to Defendant Dodd on a claim of deliberate indifference to a serious medical need. [Doc. 18]. The Return of Service indicates that Defendant Dodd was served on January 13, 2021. [Doc. 30]. To date, however, Defendant Dodd has not appeared or otherwise defended this action, and the Plaintiff has not taken any further action in the case.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall take further action to prosecute this case within **fourteen (14) days** of this Order. Failure to

take any such further action shall result in the dismissal of this case without prejudice.

**IT IS SO ORDERED**.

Signed: May 3, 2021

Martin Reidinger
Chief United States District Judge