# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| CHRISTOPHER LEE MICHELSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00311-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| QUINTIN MILLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 20, 2021 Memorandum of Decision and Order.

September 20, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court